UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rajnikant G Macwan and Sushila R Macwan<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   21-04311<br>(Jointly Administered)<br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER EXTENDING AUTOMATIC STAY

This matter coming to be heard on the motion of the Debtor to extend the automatic stay; after due notice having been given and the opportunity for a hearing thereon, the Court being fully advised of the matter herein and pursuant to 11 USC §362(c)(3)(B),

IT IS HEREBY ORDERED THAT:

The automatic stay is extended as to all creditors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600